UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DARREN RIGGER,                              )
                                            )
                Plaintiff,    )   **AFFIDAVIT OF**
                                            )   **SERVICE**
  -against-                                )
                                            )
THE CITY OF NEW YORK, et al.                )   **05 CV 9882**
                                            )
                Defendants.   )
------------------------------------------------------------X

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

    I, Lauren Stephens-Davidowitz, being duly sworn, depose and say: that I am over eighteen years of age and am employed by Michael L. Spiegel, Esq., with offices located at 111 Broadway, Suite 1305, New York, New York 10006.

    On November 28, 2005, I served a copy of the within Summons and Complaint on:

**Michael A. Cardozo**
**Corporation Counsel**
**The City of New York Law Department**
**100 Church St.**
**New York, NY**

by delivering a true copy thereof personally to Garry Jean-Gilles, Docketing Clerk, a person of suitable age and discretion authorized to accept service for the above person at the above location.

                                                                       Lauren Stephens-Davidowitz

Sworn to before me this 29th
day of November, 2005

/Notary Public

MICHAEL L. SPIEGEL
Notary Public, State of New York
No. 31-5072155
Qualified in New York County
Commission Expires Jan. 27, 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

DARREN RIGGER

V.

THE CITY OF NEW YORK, ROBERT NUGENT, and DOES

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05 CV 9882**

TO: (Name and address of Defendant)

The City of New York
100 Church Street
New York, NY 10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Norman Frederick Best, Esq.
Law Office of Susan Douglas Taylor
575 Madison Avenue, 10th Floor
New York, New York 10022

an answer to the complaint which is served on you with this summons, within ____twenty____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE   NOV 2 2 2005

✥AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                    Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.