UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
**Darren Rigger,**

                               **Plaintiff,**

                                                  **NOTICE OF APPEARANCE**

     -against-

**The City of New York, et al.,**                                       05 CV 9882

                                      **Defendants.**
------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that **Jay A. Kranis**, Senior Counsel, hereby appears on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant The City of New York.

Dated:  New York, New York
          December 5, 2005

                                              MICHAEL A. CARDOZO
                                              Corporation Counsel
                                                  of the City of New York
                                              Attorney for Defendant The City of New York
                                              100 Church Street
                                              New York, New York 10007
                                              (212) 788-8683

                                      By:      _____/s/_____
                                              Jay A. Kranis (JK2576)
                                              Senior Counsel
                                              Special Federal Litigation Division

To:     Norman Frederick Best, Esq.(NB 1968)
        Law Office of Susan Douglas Taylor
        575 Madison Avenue, 10th Floor
        New York, NY 10022
        (212) 671-0122