

# MEMO ENDORSED

THE CITY OF NEW YORK

MICHAEL A. CARDOZO  
*Corporation Counsel*

LAW DEPARTMENT  
100 CHURCH STREET  
NEW YORK, NY 10007

JEFFREY A. DOUGHERTY  
*Special Assistant Corporation Counsel*  
Room 3-135  
Telephone: (212) 788-8342  
Facsimile: (212) 788-9776  
jdougher@law.nyc.gov

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 2/14/06

**BY FACSIMILE**

The Honorable James C. Francis IV  
United States Magistrate Judge, Southern District of New York  
Daniel Patrick Moynihan United States Courthouse  
500 Pearl Street, Room 1960  
New York, New York 10007-1312

    Re:   *Rigger v. City of New York, et al.* 05 CV 9882 (KMK)(JCF)

Dear Judge Francis:

    I am Special Assistant Corporation Counsel with the City of New York and I write in connection with the above captioned case, arising from an arrest made during the Republican National Convention. We represent Defendant City of New York ("Defendant") in this matter.

    Upon information and belief, individual defendant Robert Nugent is a member of the NYPD and was recently served with process. We would like to avoid submitting piecemeal responses to the Complaint and instead provide one uniform response on behalf of all named defendants. Plaintiff's counsel, Norman Fredrick Best, Esq., has consented to an extension of time up to February 24, 2006.

    For the foregoing reasons, Defendant requests an enlargement of time in which all named defendants have to answer or otherwise move with respect to the Complaint up to February 24, 2006. If this meets with your approval, would you kindly "so order" it?

Very truly yours,

*Jeffrey A. Dougherty* (signature)

Jeffrey A. Dougherty

cc:   Norman Fredrick Best, Esq. (by Facsimile)

2/13/06  
Application granted.  
SO ORDERED.  
*James C. Francis IV* (signature)  
USMJ