**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------- x

**DARREN RIGGER,**

                                        **Plaintiff,**

            -versus-                                              **05 CV 9882 (KMK) (JCF)**

**THE CITY OF NEW YORK, et al.**

                                        **Defendants.**
------------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

            **PLEASE TAKE NOTICE** that Jeffrey A. Dougherty hereby appears on behalf

of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for Defendants

the City of New York, and Robert Nugent effective this date.  Please serve a copy of all papers to

be served in this matter, by ECF or otherwise, on appearing counsel.

Dated: New York, New York
            February 24, 2006

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel of the City of New York
                                        *Counsel Defendants*

                                        By:    _____/s/_____
                                               Jeffrey A. Dougherty (JD 5224)
                                               Special Assistant Corporation Counsel
                                               Special Federal Litigation
                                               100 Church Street, Room 3-135
                                               New York, New York 10007
                                               212-788-8342 (direct)
                                               212-788-9776 (fax)

cc:  All Parties (by ECF)