

**MEMO ENDORSED**

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**JEFFREY A. DOUGHERTY**
*Special Assistant Corporation Counsel*
Room 3-126
Telephone: (212) 788-8342
Facsimile: (212) 788-9776
jdougher@law.nyc.gov

October 18, 2006

**BY FACSIMILE**

The Honorable James C. Francis IV
United States Magistrate Judge, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1960
New York, New York 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #: _____
DATE FILED: 10/19/06
```

**Re:    *Rigger v. City of New York, et al.* 05 CV 9882 (KMK) (JCF)**

Dear Judge Francis:

On behalf of plaintiff and defendants, I write to request a modification of the Case Management Order ("CMO") in this case. The parties currently are focused on the consolidated discovery, which is continuing. Both sides need additional time for other discovery including depositions of non-consolidated defense witnesses, plaintiff and third party witnesses. Accordingly, plaintiff and defendants jointly request that the Court grant a 3-month extension on all deadlines in the CMO in this case. If this meets with your approval, would you please "so order" it? Thank you.

Very truly yours,

Jeffrey A. Dougherty

cc:    Norman Fredrick Best, Esq. (by Facsimile)

10/19/07
Application granted.
SO ORDERED.
James C. Francis IV
USMJ